UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Claire J. Lee, | Case No. 23-cv-2652 (WMW/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| The City of Bloomington, Bloomington HRA, Premier Properties, Andrew Akins, and Housing and Urban Development, | |
| Defendants. | |

This matter is before the Court on Plaintiff Claire J. Lee's Complaint (ECF No. 1). Plaintiff filed her Complaint on August 28, 2023 with an accompanying cover letter stating that her Complaint "[was] not finished" and that she planned to file an amended complaint "in the next 10 days or so" (ECF No. 1-1 at 1).

To date, the Court has not received an amended complaint and Plaintiff has not further communicated with the Court in any way. The Court therefore orders Plaintiff to submit her amended complaint by **October 13, 2023**, failing which the Court will review her original Complaint under 28 U.S.C. § 1915 as the operative complaint in this action.

**SO ORDERED.**

Dated: September 22, 2023

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge