Oct. 10, 2023

23 CV2652 WMW/DJF

RECEIVED BY MAIL
OCT 13 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

To: Magistrate Dulce Foster
Fr: Claire Lee
Re: Claire Lee v. City of Bloomington, et al.
    Extension of time to file amended complaint

Please grant me an extension of time to file an amended complaint before your review. I assume you need to review it to decide on IFP status.

For all of the reasons stated in my email to chambers on 10/10/23 and because none of the Defendants will be prejudiced as they haven't been served yet, the Court should grant my request or motion.

Your order gave me until Friday, 10/13/23, but it will not give me enough time for edits and corrections or additions to my complaint, due to being disabled and not having transportation and the huge problems associated with that, as more detailed information is explained in my email to the Court. I had thought that I could get it done within 10 days originally, but that was overly ambitious because of my disabilities and difficulties, as I also don't have a computer or printer and need to get to a library to do the work.

Please grant me as much time as you can, or at least one week. If that isn't possible, then until Monday (which I could email chambers a copy and mail and postmark on that date), but it would be much better to be granted at least a week. Thank-you.

SCANNED
OCT 13 2023
U.S. DISTRICT COURT MPLS

Claire A. Lee



Sent from Yahoo Mail for iPhone