November 13, 2023

TO: Magistrate Dulce J. Foster

FR: Claire Lee  *Claire J. Lee*

RE: Lee v. City of Bloomington, et al.

    Motion/Request for second Extension of Time to file Amended Complaint to November 21, 2023

23 cv 2652

RECEIVED BY MAIL
NOV 15 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Please grant me another extension until November 21, 2023 to file the amended complaint as I'm not quite finished. I put a lot of work into this but I keep getting mixed up on what Section I'm in and what Defendant I'm writing about and have had to re-do some parts of it. I am about 90% done and wasn't sure what to do if I should just file this and do a Second Amended Complaint, but then it would have to be served twice before the Defendants have even answered and I'm trying to avoid that. I thought it best to just ask for another extension so that I have it done as much as I can right now. At some point later down the road, it might need to be amended, but then I'm sure I would need to ask the court's permission first. I'm trying to put as much info in the complaint as I can so that I'm not bombarded with motions to dismiss or summary judgment motions immediately and before I've had a chance to breathe. Attorneys like to do that especially against pro se parties, to get rid of the case asap, as it wears out the pro se party.

I wish I could have waited to just file one complaint when the complaint was done, but I was worried about a statute of limitations problem on a couple of the claims that might have run by August 25, so that's why I filed the initial complaint very unfinished and also the computers at the law library weren't working so I couldn't really couldn't get anything done at all there and made it worse. I would have worked on it during the summer, but most days it was too hot for me to get a bus and it is very hard for me to walk more than a block. My car pretty much quit working last November and I spent most of the winter and spring housebound as I had no transportation and didn't know how to use a bus and have had to get grocery delivery and I don't have a computer, so I was pretty much unable to work on the complaint then as I need to use the library computers.

Please grant the extension of time to November 21, 2023 and I will try to get it filed soon than that. Thank you for your consideration.


SCANNED
NOV 15 2023
U.S. DISTRICT COURT MPLS