# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Claire J. Lee, | Case No. 23-cv-2652 (WMW/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| The City of Bloomington, Bloomington HRA, Premier Properties, Andrew Akins, and Housing and Urban Development, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Claire J. Lee's application to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

2. Ms. Lee must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Ms. Lee does not complete and return the Marshal Service Forms by January 26, 2024, the Court will recommend dismissing this matter without prejudice for failure to prosecute. The Court will provide the Marshal Service Forms to Ms. Lee.

3. After Ms. Lee returns the completed Marshal Service Forms, the Court directs the Clerk of Court to seek waiver of service from Defendants Premier Properties and Andrew Akins consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If Premier Properties or Mr. Akins fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon the relevant defendant the expenses later incurred in effecting service of process. Absent a showing of good

cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form.  *See* Fed. R. Civ. P. 4(d)(2).

5. The Court directs the U.S. Marshals Service to effect service of process on Defendants The City of Bloomington and Bloomington HRA consistent with Rule 4(j)(2) of the Federal Rules of Civil Procedure.

6. The Court directs the U.S. Marshals Service to effect service of process on Defendant Housing and Urban Development consistent with Rules 4(i)(1) and 4(i)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: December 27, 2023

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge