

**UNITED STATES
DISTRICT COURT
DISTRICT OF MINNESOTA**

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

December 27, 2023

Claire J. Lee

10101 Lyndale Avenue South
Apartment 219
Bloomington, MN 55420

Case Number: 0:23–cv–02652–WMW–DJF

Case Title: Lee v. City of Bloomington, The et al

Re: Order Granting IFP

Dear Claire J. Lee:

Your Application to Proceed in Forma Pauperis was approved. Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to one of the offices indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office.

Sincerely,

Kate M. Fogarty, Clerk

Enclosures: USM–285 form(s)