January 26, 2024

TO: Magistrate Dulce Foster

FR: Claire J. Lee  *Claire J. Lee*

RE: Motion for Protective Order
*Case 23-cv-2652*

RECEIVED JAN 26 2024 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

    I am filing a Motion for Protective Order to identify me in this lawsuit as C.L. for the reasons stated in my brief. I wasn't sure if you would decide this now or wait to see if there are objections from the Defendants. I probably should have asked for this when I filed the initial complaint or the first amended complaint, but I didn't think of it then. I apologize for any confusion or extra work this creates.

    I am also working on amending my complaint again. I really tried hard so that this would not happen, but I am just seeing some troubling things that I didn't do in my amended complaint. I had great difficulties in organizing the exhibits and matching them up to facts I wrote in the complaint, and I made many mistakes and had to keep redoing it, until I finally gave up and needed to get it filed. I greatly intended to get that accomplished and I want to make sure I get that done as it might matter if those aren't referenced correctly in the complaint and cited to. Some days my brain doesn't work very well, due to disabilities and age. I also notice now that some of the email exhibits don't have recipient names on them, so you can't tell who I sent them to. I had the librarians help me print a lot of the stuff out and I think we forwarded them to my email from the sent file, which I think might take the names off, before I printed them and I didn't notice that. So, I need to find the emails again and re-print them with the names. I also want to fix the facts section because there are so many like sections, that I got very confused and wrote facts for the first time under the claims section without also including them in the facts section and I don't know if they even can be considered facts if not listed in the facts section before the claims section or introduction. Because there are 5 defendants, I was trying to put facts that only pertained to them in sections to better organize the complaint and I'm afraid it has made it more confusing for everybody and that wasn't my intention and I apologize. I got very mixed up because of all of the sections for each defendant. I'm clear in my head about the case, I just can't put it down on paper very clearly and concise. I also would like to add and/or subtract a couple claims and try to clear out some of the redundancy, because I repeat myself and ruminate very badly. I want to also apologize for the length of my complaint, I did



not intend for that to happen. The more I work to make it more concise, easier to understand or more organized, I think maybe it gets worse.

    I'm not certain if I need to file a motion to amend, but it does not appear so, because it can be amended once after it's served, unless my one amendment before it was served counts.

    I wanted you to know that I am working on the case and trying to get things done. Thank you.

I also left off my marshals forms at the clerk's office.