# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Claire J. Lee, | Case No.: 0:23-cv-02652-WMW-DJF |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| The City of Bloomington, Bloomington HRA, Premier Properties, Andrew Akins, Housing & Urban Development, | |
| Defendants. | |

___

The undersigned attorneys hereby notify the Court and counsel that Christopher Kalla and Douglass Turner, shall appear as counsel of record for Defendants **Premier Properties** and **Andrew Akins** in this case.

Dated: February 6, 2024

**HANBERY & TURNER P.A.**
/s/ Christopher T. Kalla
Douglass E. Turner, #0279948
Christopher T. Kalla, #0325818
33 South 6th Street
Suite 4160
Minneapolis, MN 55402
Tele: 612-340-9855
EM: Turner@hnclaw.com
EM: Kalla@hnclaw.com
Attorneys for: Premier Properties and Andrew Akins