---

Claire J. Lee,                              Case No.: 0:23-cv-02652-WMW-DJF

      Plaintiff,

vs.

                             **WAIVER OF SERVICE OF THE**
The City of Bloomington,                    **SUMMONS**
Bloomington HRA,
Premier Properties,
Andrew Akins,
Housing & Urban Development,

      Defendants.

---

To: Claire J. Lee at 10101 Lyndale Avenue South, # 219, Bloomington, MN 55420

**Premier Properties** and **Andrew Akins** have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

Premier Properties and Andrew Akins agree to save the expense of serving a summons and complaint in this case.

Premier Properties and Andrew Akins will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that they waive any objections to the absence of a summons or of service.

I also understand that I, or Premier Properties and Andrew Akins, must file and serve an answer or a motion under Rule 12 within 60 days from January 30, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against Premier Properties and Andrew Akins.

Premier Properties                                   
Printed name of party waiving service of summons

Andrew Akins                                        
Printed name of party waiving service of summons

Dated: February 6, 2024

**HANBERY & TURNER P.A.**

/s/ Christopher T. Kalla

Douglass E. Turner, #0279948
Christopher T. Kalla, #0325818
33 South 6th Street
Suite 4160
Minneapolis, MN 55402
Tele: 612-340-9855
EM: Turner@hnclaw.com
EM: Kalla@hnclaw.com
Attorneys for: Premier Properties and Andrew Akins