# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Claire J. Lee | 23-cv-2652 WMW/DJF |
| DEFENDANT | TYPE OF PROCESS |
| City of Bloomington, The, et al. | Civil (Order) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
City of Bloomington
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1800 W. Old Shakopee Rd., Bloomington MN 55431

RECEIVED FEB 07 2024 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. District Court- District of Minnesota
Clerk's Office
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

RECEIVED JAN 26 2024 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve someone authorized to accept service.

Claire J. Lee 1/26/2024

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 612-664-5000
DATE: 12/27/23

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk | Date 1/31/24 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Kim Engberg, deputy city clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 2/6/24   Time: 3:18 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0.00 |

REMARKS:

SCANNED FEB 08 2024 U.S. DISTRICT COURT MPLS

RECEIVED U.S. MARSHAL MINNEAPOLIS MN 2024 JAN 31 AM 8:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Claire J. Lee

                      Plaintiff(s),

v.                                         Case No. 0:23-cv-02652-WMW-DJF

City of Bloomington, The et al

                      Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To:   City of Bloomington, The

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Claire J. Lee
        10101 Lyndale Avenue South Apartment 219
        Bloomington, MN 55420

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                       By: *M. Fogarty*

                                                                     Kate M. Fogarty, Clerk of Court

Date of Issuance:  <u>January 30, 2024</u>

Civil Action No. 0:23-cv-02652-WMW-DJF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City of Bloomington**
was received by me on *(date)* **1/31/24**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Kim Emgberg**, who is
designated by law to accept service of process on behalf of *(name of organization)* **City of Bloomington** on *(date)* **2/6/24** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ **0** for travel and $ **0** for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **2/6/24**

_____
Server's signature

**Nicholas Gnitka, DUSM**
Printed name and title

**300 S 4th St, 4th Fl, Minneapolis MN 55415**
Server's address

Additional information regarding attempted service, etc:

| | | |
|---|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" | |

| PLAINTIFF<br>Claire J. Lee | COURT CASE NUMBER<br>23-cv-2652 WMW/DJF |
|---|---|
| DEFENDANT<br>City of Bloomington, The, et al. | TYPE OF PROCESS<br>Civil (Order) |

**RECEIVED FEB 07 2024 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA**

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Bloomington HRA |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1800 W. Old Shakopee Rd., Bloomington MN 55431 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. District Court- District of Minnesota
Clerk's Office
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

**RECEIVED JAN 26 2024 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA**

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve someone authorized to accept service.

*Claire J. Lee* 1/26/2024

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>612-664-5000 | DATE<br>12/27/23 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 41 | District to Serve<br>No. 41 | Signature of Authorized USMS Deputy or Clerk | Date<br>1/31/24 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Ong Thao, office support specialist | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 2/6/24 Time 3:20 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>0 | Total Mileage Charges including *endeavors*<br>0 | Forwarding Fee<br>0 | Total Charges<br>0 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Claire J. Lee

                          Plaintiff(s),

v.                                                        Case No. 0:23-cv-02652-WMW-DJF

City of Bloomington, The et al

                         Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Bloomington HRA

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Claire J. Lee
        10101 Lyndale Avenue South Apartment 219
        Bloomington, MN 55420

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                                        By: /s/ M. Fogarty

                                                                                            Kate M. Fogarty, Clerk of Court

Date of Issuance: <u>January 30, 2024</u>

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:23-cv-02652-WMW-DJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bloomington HRA__
was received by me on *(date)* __1/31/24__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Ong Thao__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Bloomington HRA__ on *(date)* __2/6/24__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __2/6/24__

_____
Server's signature

__Nicholas Gnitka, DUSM__
Printed name and title

__300 S 4th St, 4th Fl, Minneapolis MN 55415__
Server's address

Additional information regarding attempted service, etc: