## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Claire J. Lee,<br><br>      Plaintiff,<br><br>  v.<br><br>City of Bloomington, Bloomington HRA,<br>Premier Properties, Andrew Akins,<br>and the United States Department of<br>Housing & Urban Development (HUD),<br><br>      Defendants. | Case No. 23-cv-2652-SRN-DJF<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Amy M. Sieben of the law firm Fisher Bren & Sheridan, LLP, will appear as counsel on behalf of Defendants Premier Properties and Andrew Akins in the above-entitled action.

**FISHER BREN & SHERIDAN, LLP**

Dated: February 16, 2024

By:   /s/ Amy M. Siben
Amy M. Sieben (#0326021)
920 Second Avenue South, Suite 975
Minneapolis, MN 55402
Telephone: 612-332-0100
asieben@fisherbren.com

*Attorney for Defendants Premier Properties and Andrew Akins*