**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Claire J. Lee, | Case No. 23-cv-02652-SRN-DJF |
|     Plaintiff, | |
|   v. | |
| City of Bloomington, Bloomington HRA, Premier Properties, Andrew Akins, and the United States Department of Housing & Urban Development (HUD), | **DEFENDANT PREMIER PROPERTIES' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
|     Defendants. | |

---

Defendant Premier Properties makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Premier Properties have a parent corporation?

   ☐ Yes      ☒ No

   If yes, the parent corporation is:

2. Is 10% or more of the stock of Premier Properties owned by a publicly held corporation?

   ☐ Yes      ☒ No

   If yes, identify all such owners:

                                  **FISHER BREN & SHERIDAN, LLP**

Dated: March 12, 2024                By:   /s/ Amy M. Sieben
                                                 Amy M. Sieben (#0326021)
                                                 920 Second Avenue South, Suite 975
                                                 Minneapolis, MN 55402
                                                 Telephone: 612-332-0100
                                                 asieben@fisherbren.com

                                                 -AND-

**HANBERRY & TURNER P.A.**

Dated: March 12, 2024         By:   /s/ Christopher T. Kalla
Douglass E. Turner (#0279948)
Christopher T. Kalla (#0325818)
33 South 6th Street, Suite 4160
Minneapolis, MN 55402
Telephone: 612-340-9855
turner@hnclaw.com
kalla@hnclaw.com

*Attorneys for Defendants Premier Properties and Andrew Akins*