UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Claire J. Lee

        Plaintiff,

v.

City of Bloomington,
Bloomington HRA, Premier
Properties, Andrew Akins,
and the United States
Department of Housing &
Urban Development (HUD),

        Defendants.

Case No.: 23-cv-02652-SRN-DJF

---

## AFFIDAVIT OF SERVICE

---

Alexa Harris, under penalty of perjury, states on March 25, 2024, she served the following:

1. **Defendants' Premier Properties and Andrew Akins Substitution of Counsel.**

on the below-listed non-ECF participant by emailing and mailing a copy of same, enclosed in an envelope, postage prepaid, and by depositing same in the post office at the City of Minneapolis, County of Hennepin, State of Minnesota, directed to the last-known address:

Claire J. Lee
10101 Lyndale Avenue South, Apt. 219
Bloomington, MN 55420
Claire.1957@yahoo.com

| | |
|---|---|
| STATE OF MINNESOTA | ) |
|  | ) ss. |
| COUNTY OF HENNEPIN | ) |

Dated:  March 25, 2024             */s/ Alexa Harris*