UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 23-cv-02652 (SRN/DJF)

Claire J. Lee,

    Plaintiff,

v.

City of Bloomington, et al.,

    Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE FOR DEFENDANT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

Pro se plaintiff Claire J. Lee ("Plaintiff") and counsel for the Defendant United States Department of Housing and Urban Development (HUD) hereby stipulate and agree that Defendant HUD, which has not yet answered or responded to Plaintiff's Amended Complaint, is hereby dismissed from this action. A proposed order of dismissal accompanies this stipulation.

Dated: April 3, 2024

    *s/ Claire J. Lee*
    Claire J. Lee
    10101 Lyndale Avenue South
    Apartment 219
    Bloomington, MN 55420
    (612) 402-9206

    Pro se Plaintiff

Dated: April 2, 2024

    ANDREW M. LUGER
    United States Attorney
    *s/ Gregory G. Brooker*
    BY: GREGORY G. BROOKER
    Assistant U.S. Attorney
    Attorney ID Number 0166066
    300 S. 4th St., #600
    Minneapolis, MN 55415
    Phone: 612-664-5600
    Email: greg.brooker@usdoj.gov

    Attorneys for Defendant HUD