UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 23-cv-02652 (SRN/DJF)

Claire J. Lee,

    Plaintiff,                [Proposed]
**ORDER**

v.

City of Bloomington, et al.,

    Defendants.

Pursuant to the Stipulation of Dismissal for Defendant United States Department of Housing and Urban Development ("HUD"), ECF No. 37, IT IS HEREBY ORDERED that Defendant HUD is dismissed from this action without prejudice and without costs, disbursements, or attorneys' fees to either party.

Dated:                                                         _____
                                                          The Honorable Susan R. Nelson
                                                          United States District Court Judge