UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLAIRE J. LEE,<br><br>      Plaintiff,<br><br>v.<br><br>THE CITY OF BLOOMINGTON,<br>BLOOMINGTON HRA,<br>PREMIER PROPERTIES,<br>ANDREW AKINS, and the<br>UNITED STATES DEPARTMENT<br>OF HOUSING AND URBAN<br>DEVELOPMENT (HUD),<br><br>      Defendants. | Court File No: 23-CV-2652 (SRN/DJF)<br><br>ORDER OF DISMISSAL |

This matter is before the Court upon the Stipulation of Dismissal jointly filed by Plaintiff Claire J. Lee, and Defendant United States Department of Housing and Urban Development (HUD), (Docket No. 37).

Accordingly, **IT IS HEREBY ORDERED** that this action be, and the same hereby is, **DISMISSED without prejudice**, and without costs, disbursements, or attorneys' fees to either party as to Defendant United States Department of Housing and Urban Development (HUD), only.

BY THE COURT:

Dated: Thursday, April 4, 2024

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge