UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Claire J. Lee  Case No.: 23-cv-02652-SRN-DJF

Plaintiff,

v.

City of Bloomington,
Bloomington HRA, Premier
Properties, Andrew Akins,
and the United States
Department of Housing &
Urban Development (HUD),

Defendants.

## CERTIFICATE OF SERVICE

Alexa Harris, under penalty of perjury, states on April 5, 2024, she served the following:

**1. Order Setting Pretrial Scheduling Conference.**

on the below-listed party by emailing and mailing a copy of same, enclosed in an envelope, postage prepaid, and by depositing same in the post office at the City of Minneapolis, County of Hennepin, State of Minnesota, directed to the last-known address:

Claire J. Lee
10101 Lyndale Avenue South, Apt. 219
Bloomington, MN 55420
*Claire.1957@yahoo.com*

STATE OF MINNESOTA  )
                                        ) ss.
COUNTY OF HENNEPIN )

I declare under the penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: April 5, 2024  */s/ Alexa Harris*