May 11, 2024

TO: Magistrate Judge Dulce Foster

FR: Claire Lee *Claire J. Lee*

RE: Case No. 23-cv-2652 (SRN/DJF)      **SENT BOTH BY EMAIL AND BY MAIL FOR FILING**

CC: Jason Kuboushek, Matthew Johnson

Attached is a letter I received from Bloomington HRA on May 8, 2024 concerning non-receipt of my recertification paperwork for my Housing Choice Voucher (HCV) renewal (formerly Section 8) and threatening to terminate my voucher, which is essentially termination from the program, for non-compliance due to the paperwork.

It is not possible that they did not receive my paperwork. As the attached paperwork shows, I sent in the paperwork by mail and by 2 email attachments by April 30, 2024. I made a special trip to the postal station in Bloomington and handed the clerk my envelope for mailing and I saw her put it in the postal bag. If there is further dispute, the store probably has video of it as most stores have video equipment. Then when I got home, I emailed pictures of each page of my completed application in two separate emails to Robin Latzke, the HRA employee assigned to my 2024 recertification. These emails did not come back undeliverable and it is an email address that I have always used for her. It is astronomically unlikely that all three of these deliveries did not reach them at the HRA.

However, they still sent me this letter on May 6, 2024 falsely accusing me of not sending them my paperwork and threatening termination of my voucher. They simply will not refrain from sending me threatening letters or falsely claiming they haven't received my submissions without some sort of judicial intervention. I was hoping after this lawsuit was filed that they would stop harassing me and threatening me, but it doesn't seem as though this will happen without some sort of admonishment from the Court.

I sent a copy of my May 8 email to several people hoping for a response, including three of their attorneys, but I have not received one, and there is a time limit of May 21 for me in their letter. Someone either could have responded that they were looking into this or with some sort of an answer and I most certainly could have been contacted by email by the end of business Friday. I currently do not know if they still want me to send in my paperwork again for the 4th time, or else I will be terminated. Forcing me to send in my paperwork for the 4th time is unduly burdensome and way beyond what other participants in the program are required to do.

These threats are not innocuous to me. My housing is very important to me and I am very fearful of going homeless and have PTSD. Without my HCV voucher, I would not be able to afford housing. I get very nervous and scared receiving letters like this and it also upsets me greatly. I should not have to constantly receive threats and harassment from the HRA and this stress exacerbates all of my disabilities. This was entirely unnecessary and unjustified and they never face any consequences for it.

I am not sure if the Court will entertain this matter on Wednesday, along with the scheduling matters, but I thought I should bring this to the Court's attention. I don't know if I will need to bring some kind of motion or if the Court can do something on its own. Thank you.



SCANNED
MAY 13 2024
U.S. DISTRICT COURT MPLS