UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Claire J. Lee | Case No.: 23-cv-02652-SRN-DJF |
| Plaintiff, | |
| v. | |
| City of Bloomington, Bloomington HRA, Premier Properties, Andrew Akins, and the United States Department of Housing & Urban Development (HUD), | |
| Defendants. | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Caleb T. Nigrin shall appear as counsel of record for Defendants Premier Properties and Andrew Akins in this case along with attorneys Matthew M. Johnson, Douglass E. Turner, and Christopher T. Kalla. Matthew M. Johnson will remain lead counsel for Defendants.

Date: May 15, 2024

**ERICKSON, ZIERKE, KUDERER & MADSEN, P.A.**

By: *s/ Caleb T. Nigrin*
Caleb T. Nigrin (#0504379)
7301 Ohms Lane, Suite 207
Minneapolis, MN 55439
Tel: (952) 582-4711
Email: caleb.nigrin@ezkm.net

***Attorneys for Defendants Premier Properties and Andrew Akins***