May 25, 2024

TO: Magistrate Judge Dulce Foster

FR: Claire J. Lee  *Claire J. Lee*

RE: Case No. 23-cv-2652 (SRN/DJF)

    Order for free PACER usage allowed for pro se indigent litigants

CC: Matthew Johnson, Jason Kuboushek

**RECEIVED BY MAIL**

MAY 31 2024

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

In the May 15, 2024 pretrial conference, I asked the court whether I could get an order so that I could use the PACER system without cost as I am a pro se, indigent litigant. You stated that I should make my request in a letter to the court.

This is my request to the court for an order allowing me to use the PACER system at no cost or if that isn't possible, with some limitations on usage at no cost. I would like to keep tabs on my case and look up other cases that would assist me in preparation and research. I would likely use it at the Southdale Library, where I currently use the computers and printer, as I don't have anything to assist me on this case at home, except for what I can do on my phone, which isn't much. I think that I should be able to access it at the library through their website and with a password, although I'm not certain. I know that I can access PACER at the clerk's office, if a computer is available, but it is much easier to get to the library. One trip on MetroMobility the day I filed my Amended Complaint took me about 2.5 hours to get to the courthouse and I barely got it filed in time as I got there at 4:29. I'm very glad/grateful I have MM as I was pretty much housebound for almost a year with pretty much no transportation (my car is inoperable), as it was too hard on me with walking to take the bus and wait standing up for transfers, especially in the heat. With MM it is much nicer as I don't have to transfer or walk distances, but as they keep picking up people and dropping them off, they may drive to 3 or 4 different cities in all directions and you can end up riding a long time.

Thank you for your consideration on this and thank you for the referral to the pro se project.



SCANNED

MAY 31 2024 LT

U.S. DISTRICT COURT MPLS