UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLAIRE J. LEE,<br><br>                Plaintiff,<br><br>v.<br><br>THE CITY OF BLOOMINGTON, BLOOMINGTON HRA, PREMIER PROPERTIES, and ANDREW AKINS,<br><br>                Defendants. | Case No. 0:23-cv-02652-SRN-DJF<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Bailey Twyman-Metzger, of Gustafson Gluek PLLC, shall appear as counsel of record for Plaintiff Claire J. Lee in this case.

| | |
|---|---|
| Dated:  June 24, 2024 | Respectfully submitted,<br><br> *s/ Bailey Twyman-Metzger*<br>Daniel E. Gustafson (#202241)<br>Amanda M. Williams (#341691)<br>Mary M. Nikolai (#400354)<br>Bailey Twyman-Metzger (#0400179)<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>awilliams@gustafsongluek.com<br>mnikolai@gustafsongluek.com<br>btwymanmetzger@gustafsongluek.com<br><br>***Attorneys for Plaintiff*** |