UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLAIRE J. LEE,<br><br>                    Plaintiff,<br><br>v.<br><br>THE CITY OF BLOOMINGTON, BLOOMINGTON HRA, PREMIER PROPERTIES, and ANDREW AKINS,<br><br>                    Defendants. | Case No. 0:23-cv-02652-SRN-DJF<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Amanda M. Williams, of Gustafson Gluek PLLC, shall appear as counsel of record for Plaintiff Claire J. Lee in this case.

Dated:  June 24, 2024

Respectfully submitted,

 *s/Amanda M. Williams*
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
Mary M. Nikolai (#400354)
Bailey Twyman-Metzger (#0400179)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
mnikolai@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

***Attorneys for Plaintiff***