UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLAIRE J. LEE,<br><br>                Plaintiff,<br><br>v.<br><br>THE CITY OF BLOOMINGTON, BLOOMINGTON HRA, PREMIER PROPERTIES, and ANDREW AKINS,<br><br>                Defendants. | Case No. 0:23-cv-02652-SRN-DJF<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Daniel E. Gustafson, of Gustafson Gluek PLLC, shall appear as counsel of record for Plaintiff Claire J. Lee in this case.

Dated:  June 24, 2024

                                              Respectfully submitted,

                                              *s/Daniel E. Gustafson*
                                              Daniel E. Gustafson (#202241)
                                              Amanda M. Williams (#341691)
                                              Mary M. Nikolai (#400354)
                                              Bailey Twyman-Metzger (#0400179)
                                              **GUSTAFSON GLUEK PLLC**
                                              Canadian Pacific Plaza
                                              120 South 6th Street, Suite 2600
                                              Minneapolis, MN 55402
                                              Telephone: (612) 333-8844
                                              Facsimile: (612) 339-6622
                                              dgustafson@gustafsongluek.com
                                              awilliams@gustafsongluek.com
                                              mnikolai@gustafsongluek.com
                                              btwymanmetzger@gustafsongluek.com

                                              ***Attorneys for Plaintiff***