# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CLAIRE J. LEE,<br><br>       Plaintiff,<br><br>v.<br><br>THE CITY OF BLOOMINGTON, BLOOMINGTON HRA, PREMIER PROPERTIES, and ANDREW AKINS,<br><br>       Defendants. | Case No. 0:23-cv-02652-SRN-DJF |

## [PROPOSED] ORDER REGARDING JOINT STIPULATION TO MODIFY SCHEDULING ORDER

Pursuant to the Joint Stipulation to Modify Scheduling Order (ECF No. 61), entered into by the Parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Pretrial Scheduling Order (ECF No. 50) is MODIFIED as follows:

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| Initial disclosures required by Fed. R. Civ. P. 26(a)(1) | August 1, 2024 | 14 days after the settlement conference |
| Exchange of documents identified in each party's Fed. R. Civ. P. 26(a)(1) initial disclosures | August 1, 2024 | 14 days after the settlement conference |
| Motions to join or add parties | August 1, 2024 | 14 days after the settlement conference |
| Motions to amend the pleadings | August 1, 2024 | 14 days after the settlement conference |

All other deadlines related to discovery will remain as set forth in the Pretrial Scheduling Order.

IT IS SO ORDERED.

Date: _____  _____
Dulce J. Foster
United States Magistrate Judge