

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 W. BROADWAY
SUITE 3300
SAN DIEGO, CA 92101

**BAILEY TWYMAN-METZGER**
btwymanmetzger@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

July 29, 2024

<u>**VIA ECF**</u>
The Honorable Dulce J. Foster
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

      **RE:** *Lee v. City of Bloomington, et al.*
            Case No. 0:23-cv-02652-SRN-DJF

Dear Judge Foster,

    In accordance with this Court's Order for Settlement Conference dated July 23, 2024 [Dkt. No. 63], Plaintiff hereby submits this Letter regarding the above-referenced matter.

    The following individuals will appear at the November 19, 2024 Settlement Conference on behalf of the Plaintiff: Plaintiff Claire J. Lee and Attorneys Bailey Twyman-Metzger, Mary M. Nikolai, and Amanda M. Williams.

    Please feel free to contact me with any questions.

                                          Sincerely,

                                          GUSTAFSON GLUEK PLLC

                                          Bailey Twyman-Metzger

BTM/cmn