

IversonReuvers
ATTORNEYS AT LAW

9321 Ensign Avenue South, Bloomington, MN 55438
Main: 952.548.7200 | www.iversonlaw.com

Jason J. Kuboushek
Direct: 952.548.7206
jasonk@iversonlaw.com

April 29, 2025

Magistrate Judge Dulce J. Foster
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RE:     Claire J. Lee v. City of Bloomington, et al
        Ct. File No. 23-cv-2652 (SRN/DJF)

Dear Magistrate Judge Foster:

Pursuant to the Court's Order, the City will be represented at the August 4, 2025
Settlement Conference by myself, City of Bloomington Risk and Litigation Manager
Amy Larson, and LMCIT Claims Adjuster John Kryzer.

Please let me know if you have any questions.

Sincerely,

Jason J. Kuboushek